UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES ROCHESTER,<br><br>                              Plaintiff,<br><br>-against-<br><br>ZACHARY CARTER; N.Y.C.; N.Y.C. CORPORATION; JOHN DOE COUNSEL; CIVIL BRONX SUPREME COURT ADMINISTRATIVE JUDGES; MITCHELL DANZIGER; MARNI WEINER; YANDY REYES; FRANK DELUCIA,<br><br>                            Defendants. | 1:20-CV-3427 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued June 1, 2020, dismissing this action,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law as frivolous, for failure to state a claim on which relief may be granted, for seeking monetary relief from defendants who are immune from such relief, and under the Anti-Injunction Act. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii), (iii), 2283. The Court declines to consider Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

      Chambers will mail a copy of this judgment to Plaintiff.

SO ORDERED.

Dated:  June 1, 2020
           New York, New York

                                                                         Louis L. Stanton
                                                                          U.S.D.J.